IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 20 PM 1:59

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA

VS

CR. NO. 05-20056-Ma

KOREY GRANDBERRY,

    Defendant.

---

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

---

Counsel for the defendant has filed a motion for continuance. The continuance is necessary to allow for additional preparation in the case.

The Court grants the motion and continues the trial date to February 6, 2006, at 9:30 a.m. with a report date of January 27, 2006, at 2:00 p.m.

The period through February 17, 2006, is excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) to allow defense counsel additional time to prepare.

**IT IS SO ORDERED** this the 20th day of December, 2005.

                      /s/ Samuel H. Mays, Jr.
                      SAMUEL H. MAYS, JR.
                      UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-29-05

604

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 604 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

William C. Anderson
ANDERSON LAW FIRM
369 N. Main St.
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT